CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

AUG 15 2006

JOHN F. CORCORAN, CLERK
BY:
  DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| BOBBY ANTONIO GOODWIN, ) | |
| Petitioner, ) | Civil Action No. 7:06cv00199 |
| ) | |
| v. ) | **ORDER** |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| Respondent. ) | By: Samuel G. Wilson |
| ) | United States District Judge |

In accordance with the court's memorandum opinion entered on this date, it is **ORDERED** and **ADJUDGED** that the motion of Bobby Antonio Goodwin for relief pursuant to 28 U.S.C. § 2255 is denied in all respects except the court VACATES two years of the five-year term of supervised release imposed on count one. The court will amend Goodwin's judgment order accordingly.

Goodwin is advised that he may appeal this decision pursuant to Rules 3 and 4 of the Federal Rules of Appellate Procedure by filing a notice of appeal with this court within 60 days of the date of the entry of this order, or within such extended period as the court may grant pursuant to Rule 4(a)(5).

The clerk is directed to send certified copies of this order and the accompanying memorandum opinion to the petitioner and counsel for the respondent.

**ENTER**: This August 15, 2006.

_____
UNITED STATES DISTRICT JUDGE